UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jacqueline R. Rocci, Esquire
340 Main Street
Metuchen, New Jersey 08840
Telephone: 732-321-1049

Order Filed on August 18, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jannine Lynn Muniz

| | |
|---|---|
| Case No.: | 15-11271 CMG |
| Chapter: | 13 |
| Hearing Date: | September 7, 2016 |
| Judge: | Christine M. Gravelle |

## ORDER APPROVING POST-PETITION FINANCING

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: August 18, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

THIS MATTER having come before the Court on the debtor's Motion to Approve Post-Petition Financing, and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby

ORDERED that the debtor(s) be and hereby are allowed to refinance real property located at _____75 Douglas Street, Fords, New Jersey 08863_____ pursuant to the terms outlined in the debtor's certification in support of the refinancing motion; and it is further

ORDERED that from the funds received in connection with the refinance, all liens on the property shall be paid in full, at closing; and it is further

ORDERED that debtor(s) are authorized to pay the usual and necessary costs and expenses of settlement; and it is further

ORDERED that the debtor shall:
- ❏ Satisfy all Plan obligations from financing proceeds
- ☒ Continue to make payments under the Plan as proposed or confirmed
- ❏ Modify the Plan as follows:

ORDERED that debtor's counsel shall be allowed a legal fee of $ _____ for representation in connection with this motion, which is to be paid (**choose one**):

❏ at closing    ❏ through the plan    ❏ outside the plan;

and it is further

2

ORDERED that the chapter 13 trustee shall be provided with a copy of the HUD-1 settlement statement within seven (7) days of the closing of the refinance; and it is further

ORDERED that Fed. R. Bankr. P. 6004(h), which provides for a 14 day stay of this order,

❏ is applicable     ☒ is not applicable

ORDERED that the following other provisions apply:

a) If pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within thirty (90) days of the date of this Order. Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

b) If post-petition arrears are capitalized into the loan modification, secured creditor shall file an amended post-petition order within thirty (90) days of the date of this Order. Upon receipt of an amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

c) Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.

*rev.: BB7*