UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jacqueline R. Rocci, Esquire
340 Main Street
Metuchen, New Jersey 08840
Telephone: 732-321-1049

Order Filed on February 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jannine Lynn Muniz

Case No.:    15-11271

Chapter:     13

Judge:       Gravelle

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 15, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jacqueline R. Rocci_____, the applicant, is allowed a fee of $ _____900.00_____ for services rendered and expenses in the amount of $_____6.70_____ for a total of $_____906.70_____ .  The allowance is payable:

    ☒  through the Chapter 13 plan as an administrative priority.

    ☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2