**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Jacqueline R. Rocci, Esquire (2911)
340 Main Street
Metuchen, New Jersey 08840
Telephone: 732-321-1049

**Order Filed on March 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Jannine Muniz

Case No: 15-11271

Chapter: 13

Hearing Date:

Judge: Gravelle

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☒ **MORTGAGE**     ☐ **LIEN**     ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 27, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 75 Douglas Street, Fords, New Jersey 08863

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Bank of America, N.A.
b. Current Assignee: Bank of America, N.A.
c. Current Servicer: Bank of America, N.A.
d. Date of Mortgage/Lien: March 31, 2007
e. Date of Recordation: April 12, 2007
f. Place of Recordation: Middlesex County Clerk
   i. Mortgage Book: 1229
   ii. Page: 0295
g. Original Principal Balance of Mortgage/Lien: $ 76,000.00

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*