| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Jacqueline R. Rocci, Esquire (2911)<br>340 Main Street<br>Metuchen, New Jersey 08840<br>Telephone: 732-321-1049 |
| In Re:<br><br>Jannine Muniz |

**Order Filed on March 27, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No:   15-11271

Chapter:   13

Hearing Date: _____

Judge:   Gravelle

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 27, 2018**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 75 Douglas Street, Fords, New Jersey 08863

Description of Mortgage/Judgment Lien:

   a. Original Mortgagee/Lienholder: Bank of America, N.A.
   b. Current Assignee: Bank of America, N.A.
   c. Current Servicer: Bank of America, N.A.
   d. Date of Mortgage/Lien: March 31, 2007
   e. Date of Recordation: April 12, 2007
   f. Place of Recordation: Middlesex County Clerk
      i. Mortgage Book: 1229
      ii. Page: 0295
   g. Original Principal Balance of Mortgage/Lien: $ 76,000.00

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Jannine Lynn Muniz  
    Debtor

Case No. 15-11271-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin            Page 1 of 1       Date Rcvd: Mar 27, 2018
                           Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2018.
db             +Jannine Lynn Muniz,    75 Douglas Street,    Fords, NJ 08863-2236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2018 at the address(es) listed below:
      Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
      Albert    Russo    docs@russotrustee.com
      Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Jacqueline Rita Rocci    on behalf of Debtor Jannine Lynn Muniz jacqueline@rocciesquire.com, jrocci@optonline.net
      Joshua I. Goldman    on behalf of Creditor    Quicken Loans Inc. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    Quicken Loans Inc. kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
      Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
                                                                                                                             TOTAL: 8