**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jannine Lynn Muniz <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–0081 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–11271–CMG | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Jannine Lynn Muniz
> fka Jannine Lynn Hinterstein, fka Jannine Lynn DeCarlo

5/14/18                                                                         **By the court:** Christine M. Gravelle
                                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                                **Chapter 13 Discharge**                                 page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
Jannine Lynn Muniz
    Debtor

Case No. 15-11271-CMG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: May 14, 2018
                    Form ID: 3180W     Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2018.
```
db             +Jannine Lynn Muniz,    75 Douglas Street,    Fords, NJ 08863-2236
cr             +BANK OF AMERICA N.A.,    Prober Raphael,    20750 Ventura Blvd,    Ste 100,
                 Woodland Hills, CA 91364-6207
515290868     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:  A H F C,     201 Little Falls Dr,    Wilmington, DE 19808)
515290870      Bank of America,    PO Box 15312,    Wilmington, DE 19850-5312
515408449      Bank of America, N.A.,    PO Box 15312,    Wilmington, DE 19850-5312
515290873     +Chld/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
515517130     +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
515290874     +Kia Motors Finance,    Po Box 20815,    Fountain Valley, CA 92728-0815
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 14 2018 23:31:33      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 14 2018 23:31:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515321885       EDI: HNDA.COM May 15 2018 03:13:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088,    866-716-6441
515473752       EDI: BECKLEE.COM May 15 2018 03:13:00      American Express Bank, FSB,   c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
515290869      +EDI: AMEREXPR.COM May 15 2018 03:13:00      Amex,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
515290871       EDI: BANKAMER.COM May 15 2018 03:13:00      Bk Of Amer,    Po Box 982235,    El Paso, TX 79998
516937684       EDI: BANKAMER.COM May 15 2018 03:13:00      Bank of America,    PO Box 26012,
                 Greensboro, NC 27420-6012
515290872      +EDI: CHASE.COM May 15 2018 03:13:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
515524479       EDI: PRA.COM May 15 2018 03:13:00      Portfolio Recovery Associates, LLC,    c/o Childrens Place,
                 POB 41067,    Norfolk VA 23541
515290875      +E-mail/Text: bankruptcyteam@quickenloans.com May 14 2018 23:31:52      Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
515474713      +E-mail/Text: bankruptcyteam@quickenloans.com May 14 2018 23:31:52      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
                                                                                               TOTAL: 11
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2018 at the address(es) listed below:
```
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jacqueline Rita Rocci    on behalf of Debtor Jannine Lynn Muniz jacqueline@rocciesquire.com,
               jrocci@optonline.net
              Joshua I. Goldman    on behalf of Creditor   Quicken Loans Inc. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 14, 2018
                              Form ID: 3180W           Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Kevin Gordon McDonald    on behalf of Creditor    Quicken Loans Inc. kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
        Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
                                                                TOTAL: 8