Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 15−11271−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jannine Lynn Muniz
   fka Jannine Lynn Hinterstein, fka Jannine
   Lynn DeCarlo
   75 Douglas Street
   Fords, NJ 08863

Social Security No.:
   xxx−xx−0081

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 13, 2018</u>            <u>Christine M. Gravelle</u>
                                      Judge, United States Bankruptcy Court